UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_Michael P. Neece_ )
_____ )
_____ )
Plaintiff, )
)
vs. )   Case No. **05-3095**
)   (Supplied by Clerk)
_Christian County Sheriffs Office_ )
_Christian County Jail_ )
)
Defendant(s). )

### PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Michael P. Neece_, plaintiff or petitioner, move the court for leave to proceed <u>in forma pauperis</u> in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress. yes

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty. yes

3. I am (check one) Single ✓ Married ___ Separated ___ Divorced ___

4. My responses to the following questions are true: yes

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( )   No ( ✗ )

B. If so, by whom, what is your position, and what is your pay? N/A

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
_CCB Credit Services   OCT 04   8.25 hour_

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes (X) No ( ) If yes, describe each source and state how much you received. Donations by family while Incarcerated

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? .14

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used. See Inmate account record.

G. How much money do you have in private checking or saving accounts? $1.00

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (X) No ( )

If yes, describe the property and its approximate value: 1994 Ford Tempo Value Unknown

I. Do you have any debts or obligations? Yes (X) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making. Child Support 6 Months behind around $111.00 a month

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support. Chaz Michael Davis. Son 6 Months behind on child Support around $111.00 a Month

2

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.

N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Michael P. Neece*
SIGNATURE

4-19-05
DATE

## CERTIFICATE

(To be complete for prisoners only.  This is a statement by the prison and not the prisoner.)

    I hereby certify that the plaintiff or petitioner in this action has the sum of $ __.04__ in his trust account at the correctional center where he is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_Cathy Beattie_
(Authorized Officer)

_Christian County Sheriffs Office_
(Institution)

_Correctional Officer_
(Title)

DATE _4-20-2005_

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

4

DATE  4/20/05                                         INMATE ACCOUNTING
                                                     INMATE ACCOUNT RECORD

LEMS ID#        10741 NEECE, MICHAEL P
LOCAL ID# A000002278

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSE MENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 12/07/04 | WILKINS, TED | BEGINNING BALANCE | | .00 | .00 |
| 12/09/04 | WILKINS, TED | DEPOSIT | | 10.00 | 10.00 |
| 12/09/04 | WILKINS, TED | PHONE CARD 1 | 10.00 | | .00 |
| 12/24/04 | BEDINGER, JAMES | DEPOSIT | | 10.00 | 10.00 |
| 12/24/04 | BEDINGER, JAMES | PHONE CARD | 10.00 | | .00 |
| 12/29/04 | WILKINS, TED | DEPOSIT | | 10.00 | 10.00 |
| 12/29/04 | WILKINS, TED | PHONE 1 | 10.00 | | .00 |
| 1/04/05 | BEATTIE, CATHY | DEPOSIT | | 20.00 | 20.00 |
| 1/05/05 | MCAVOY, DANIEL J | E.R. 1 PRESCRIPTION | 25.00 | | 5.00- |
| 1/13/05 | BEATTIE, CATHY | DEPOSIT | | 20.00 | 15.00 |
| 1/13/05 | BEATTIE, CATHY | PHONE | 10.00 | | 5.00 |
| 1/18/05 | MCAVOY, DANIEL J | COMM | 4.61 | | .39 |
| 1/20/05 | BEATTIE, CATHY | DEPOSIT | | 10.00 | 10.39 |
| 1/20/05 | BEATTIE, CATHY | PHONE | 10.00 | | .39 |
| 1/23/05 | BEATTIE, CATHY | DEPOSIT | | 10.00 | 10.39 |
| 1/24/05 | MCAVOY, DANIEL J | COMM | 10.25 | | .14 |
| 1/30/05 | HOGAN, BILL | DEPOSIT | | 20.00 | 20.14 |
| 2/01/05 | BEATTIE, CATHY | COMM | 20.00 | | .14 |
| 2/09/05 | BEATTIE, CATHY | DEPOSIT | | 10.00 | 10.14 |
| 2/09/05 | BEATTIE, CATHY | PHONE | 10.00 | | .14 |
| 2/20/05 | BEDINGER, JAMES | DEPOSIT | | 15.00 | 15.14 |
| 2/23/05 | MCAVOY, DANIEL J | COMM | 15.10 | | .04 |
| 2/25/05 | MCAVOY, DANIEL J | DEPOSIT | | 10.00 | 10.04 |
| 2/25/05 | MCAVOY, DANIEL J | PHONE | 10.00 | | .04 |
| 2/28/05 | MCAVOY, DANIEL J | DEPOSIT | | 20.00 | 20.04 |
| 3/01/05 | MCAVOY, DANIEL J | COMM | 19.95 | | .09 |
| 3/06/05 | BEATTIE, CATHY | DEPOSIT | | 9.00 | 9.09 |
| 3/07/05 | BEDINGER, JAMES | DEPOSIT | | 20.00 | 29.09 |
| 3/07/05 | BEDINGER, JAMES | PHONE CARD | 10.00 | | 19.09 |
| 3/08/05 | BEDINGER, JAMES | COMM | 8.50 | | 10.59 |
| 3/08/05 | TUCKER, JEREMY C | | 10.00 | | .59 |
| 3/23/05 | MCAVOY, DANIEL J | DEPOSIT | | 10.00 | 10.59 |
| 3/23/05 | HOGAN, BILL | 1 PHONE | 10.00 | | .59 |
| 3/25/05 | BEATTIE, CATHY | DEPOSIT | | 20.00 | 20.59 |
| 3/28/05 | BEATTIE, CATHY | PHONE X 1 | 10.00 | | 10.59 |
| 3/29/05 | BEATTIE, CATHY | PHONE X 1 | 10.00 | | .59 |
| 4/04/05 | BEATTIE, CATHY | DEPOSIT | | 10.00 | 10.59 |
| 4/05/05 | BEATTIE, CATHY | PHONE | 10.00 | | .59 |
| 4/10/05 | HOGAN, BILL | DEPOSIT | | 10.00 | 10.59 |
| 4/12/05 | MCAVOY, DANIEL J | COMM | 10.55 | | .04 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael P. Neece                    )
                Plaintiff           )
                                    )
                                    )
        vs.                         )          Case No. _____
                                    )
Christian County Sheriffs office    )
Christian County Jail               )
_____        )
_____        )
                Defendant(s)        )

## COMPLAINT

☐       42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐       28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒       Other Christian County Sheriffs office, Christian County Jail
        Denial of Medical TREATMENT. Cruel and Unusual Punishment

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Michael P. Neece, and states as follows:

My current address is: 301 W. Franklin St. Taylorville, Il. 62568
Christian County Jail

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) Legal Malpractice State Court

1. Parties to previous lawsuit:

   Plaintiff(s) Michael P. Neece

   Defendant(s) Hal Alexander

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   Christian County

3. Docket Number/Judge  2006 - L - 60    Judge O'Neill

2

4. Basic claim made _Legal Misrepresentation_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

6. Approximate date of filing of lawsuit _12-06-00_

7. Approximate date of disposition _10-25-01_

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☐   No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

_My grievances concerning this issue were never returned, but answered verbally on one ~~more~~ occasion._

3

## STATEMENT OF CLAIM

Place of the occurrence: Christian County Jail

Date of the occurrence: 12-7-04

Witnesses to the occurrence: Jared Durbin, Harold Bruce, Joe Macavoy, Dave Mahan, Kathy Beattie, Aaron Wemple, Doug Beevers, Jim Beddinger

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I was Incarcerated on 12-07-04 In the Christian County Jail. After a few days I put in a grievance request form asking to be treated by Doctor for Anxiety and depression. Grievance was never answered. Harold Bruce witnessed this procedure. Two weeks later I put in same grievance this time asking for the denial of Medical treatment in writing so I could pursue further action. Two days later Jail administrator Joe Macavoy came into the Gym housing unit. I asked him if he received grievance. He stated, "Yes." I asked if he saw that I requested denial of Medical treatment in writing for further action. He said, "yes". He then stated that the doctor the jail had its contract with would not see anyone for Anxiety or depression. He stated he was having trouble with Mental Health treating people, but could get them to see me if I said I was suicidal and went Into a rubber room naked for 72 hours. I stated that I was not suicidal and that was a rediculous solution. Jared Durbin witnesses this. Two weeks later, durring a panick attack I swallowed a Razor blade in front of Harold Bruce In an attempt to recieve doctors'

4

care. I asked Joe Macavoy in front of Chief Deputy Dave Mahan if My grievances were on file. He said, "Yes." Dave Mahan took me to the Emergency Room and explained situation to doctor. Was prescribed Trazadone 150 MLGS. Doctor stated there was no obstruction, but did not say razor blade wasn't there. Chief Deputy Dave Mahan stated the same thing as administrator Joe Macavoy about doctors not treating Inmates. I told him I would be seeking action and believed their denial of Medical treatment to be Illegal. He stated that his staff was wrong for not addressing my Issues and he was not aware of the situation. I wrote an overall Grievance to Sheriff Robert Kindermann. He Never answered. On 4-08-05 I wrote the Sheriff again asking about Grievance. Was not answered. Federal Defender Doug Beevers was sent copy of Grievance sent to Sheriff by me. On 4-19-05 I asked Jailer Kathy Beattie if she could give me copies of all grievances I filed. She said, "No, and if they went to Joe Macavoy they were read and thrown away." She said, "The Sheriff keeps copies of his, Chief keeps copies of his, Joe don't." She said she would not say this in court. Aaron Wemple heard this.

Michael P. Neece

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Monetary relief. Assurance that proper Medical and Mental health treatment is available to all Inmates at Christian County Jail.

*Michael P. Neece*

**JURY DEMAND**     Yes ☐     No ☒

Signed this **20th** day of **April**, ~~19~~ **2005**.

*Michael P. Neece*
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael P. Neece | 12402-026 |
| Address: Mr. Neece  301 W. Franklin Taylorville 62568 | Telephone Number: ? |

6