John M. Waters,

4-20-05

Hello! Enclosed is my complaint and forms concerning my financial status so I may possibly proceed in forma pauperis. Please let me know if I did something wrong and if Council will be appointed. Thank you for your time.

Sincerely, Michael P. Neece
301 W. Franklin
Taylorville, Il.
62568

FILED
APR 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS