O S-3095
E-FILED
Tuesday, 10 May, 2005  12:34:45 PM
Clerk, U.S. District Court, ILCD
3-4-05

Mr. Waters,

I have been _____ to Sangamon County Sheriff's Dept.

The last thing I received was the _____ from Judge Cudmore allowing me to proceed. Do to transport, I don't have case # or any copies.

If you know any Attorneys that will take my case, feel free to send them my way.

Thank You,

Michael Neece
#1 Sheriff's Plaza
Springfield, Il. 62701

FILED

MAY 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS