**E-FILED**
Friday, 13 May, 2005 12:03:08 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Michael P. Neece )
_____ )
      **Plaintiff** )
       )
      **vs.** )          **Case No. _____**
       )
Christian County Sheriffs office )
Christian County Jail )
_____ )
_____ )
      **Defendant(s)** )

## COMPLAINT

☐      **42 U.S.C. §1983 (suit against state officials for constitutional violations)**

☐      **28 U.S.C. § 1331 (suit against federal officials for constitutional violations)**

☒      **Other** Christian County Sheriffs office, Christian County Jail
      Denial of Medical TREATMENT. Cruel and unusual Punishment
*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, M. chael P. Neece _____, and states as follows:

My current address is: 301 W. Franklin St. Taylorville, Il. 62568

Christian County Jail _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a

separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?                    Yes          ☐                              No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                                   Yes   ☒                              No   ☐

C. If your answer to B is yes, how many?  __/__   Describe the lawsuit in the space below.  (If there

is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same

outline.)  *Legal Malpractice State Court*

1. Parties to previous lawsuit:

   Plaintiff(s)  *Michael P. Neece*

   Defendant(s)  *Hal Alexander*

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   *Christian County*

3. Docket Number/Judge  *2006 - L - 60*    *judge O' Neill*

4. Basic claim made _Legal Misrepresentation_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

6. Approximate date of filing of lawsuit _12 - 06 - 00_

7. Approximate date of disposition _10 - 25 - 01_

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☐ No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

My grievances concerning this issue were never returned, but answered verbally on one occasion.

3

## STATEMENT OF CLAIM

Place of the occurrence _Christiant County Jail_

Date of the occurrence _12 - 7 - 04_

Witnesses to the occurrence _Jared Dorbin, Harold Bruce, Joe Macavoy, Dave Mahan_
_Kathy Beattie, Alton Wemple, Doug Becuers, Jim Beddinger_
State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims
should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I was Incarcerated on 12-07-04 In the Christian County Jail. After a few days
I put in a grievance request form asking to be treated by Doctor for Anxiety
and depression. Grievance was never answered. Harold Bruce witnessed this procedure
Two weeks later I put in same grievance this time asking for the denial of
Medical treatment In writing so I could pursue further action. Two days
later Jail administrator Joe Macavoy came Into the Gym housing unit.
I asked him if he recieved grievance. He stated, "yes," I asked
if he saw that I requested denial of Medical treatment in writing
for further action. He said, "yes". He then stated that the doctor
the Jail had Its contract with would not see anyone for Anxiety or depression.
He Stated he was having trouble with Mental Health treating people, but
could get them to see me if I said I was suicidal and went
Into a rubber room naked for 72 hours. I stated that I was not
suicidal and that was a rediculous solution. Jared Durbin witnesses
this. Two Weeks later, during a panick attack I swallowed a
Razor blade in front of Harold Bruce In an attempt to recieve doctors'

4

care, I asked Joe Macavoy in front of Chief Deputy Dave Mahan if My grievances were on file. He said, "Yes." Dave Mahan took me to the Emergancy Room and explained situation to doctor, was prescribed Trazadone 150 MLGS. Doctor Stated there was no obstruction, but did not say razor blade wasn't there. Chief Deputy Dave Mahan stated the same thing as adminastrator Joe Macavoy about doctors not treating Inmates. I told him I would be seeking action and believed their denial of Medical treatment to be Illigal. He stated that his staff was wrong for not addressing my Issues and he was not unware of the situation. I wrote an overall Grievance to Sheriff Robert Kindermann. He never answered. On 4-08-05 I wrote the Sheriff again asking about Grievance. was not answered. Federal Defender Doug Beavers was sent copy of Grievance & sent to Sheriff by me. On 4-19-05 I asked Jailer Kathy Beattic If she could give me copies of all grievances I filed. She said, "No, and if they went to Joe Macavoy they were read and thrown away." She said. "The Sheriff keeps copies of his. Chief keeps copies of his, Joe don't." She said she would not say this in court. Aaron Wemple heard this.

Michael P. Neece