**E-FILED**
Friday, 13 May, 2005  12:45:18 PM
Clerk, U.S. District Court, ILCD

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

MICHAEL P. NEECE

V.

CHRISTIAN COUNTY SHERIFF'S OFFICE
CHIRSTIAN COUNTY JAIL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    05-3095

TO: (Name and address of Defendant)

Christian County Jail
301 W. Franklin Street
Taylorville, IL 62568

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Neece
Sangamon County Jail
#1 Sheriff's Plaza
Springfield, IL 62701

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/Christy Taylor

(By) DEPUTY CLERK

DATE    5-13-2005