05-3095

John M. Waters,  5-22-05

Address change to Michael Neece # 12407-026 Medical Center for Federal Prisoners P.O. Box 4000 Springfield, Missouri 65801-4000.

This letter is in regards to Michael Neece vs. Christian County Jail. I have not heard anything since Judge Cudmore agreed to proceed In Forma Pauperis & for me to go Pro Se.

In my previous letter to you I stated that my legal material was lost during my transfer. At this time I request the Case #.

Thank You,

Michael Neece