# PROCESS RECEIPT AND RETURN E-FILED

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Monday, 13 June, 2005 10:10:40 AM
Clerk, U.S. District Court, IL CD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael P. Neece | 05-3095 |
| DEFENDANT | TYPE OF PROCESS |
| Christian County Sheriff's Office | Summons and Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Christian County Sheriff's Office |

**FILED**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT    301 W. Franklin Street, Taylorville, IL 62568    JUN - 9 2005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Neece
Sangamon County Jail
#1 Sheriff's Plaza
Springfield, IL 62701

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                              Fold

RECEIVED
MAY 18 2005 P 2: 5
US MARSHALS SERVICE
CENTRAL ILLINOIS

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk *Gregory* | Date 5/16/5 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Ted Wilkins Correctional Officer | |
| Address (complete only if different than shown above) | Date of Service: 06/02/05   Time: 6:22 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 21.87 | | 111.87 | | $111.87 |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

MICHAEL P. NEECE

**SUMMONS IN A CIVIL ACTION**

V.

CHRISTIAN COUNTY SHERIFF'S OFFICE
CHRISTIAN COUNTY JAIL

CASE NUMBER:    05-3095

TO: (Name and address of Defendant)

Christian County Sheriff's Office
301 W. Franklin Street
Taylorville, IL 62568

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Neece
Sangamon County Jail
#1 Sheriff's Plaza
Springfield, IL 62701

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

5-13-2005
DATE

s/ C. Taylor
(By) DEPUTY CLERK