**E-FILED**
Monday, 01 August, 2005  02:40:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL P. NEECE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| CHRISTIAN COUNTY SHERIFF'S OFFICE and CHRISTIAN COUNTY JAIL, | ) ) ) No. 05-3095 ) |
| Defendants. | ) ) ) ) |

**MOTION TO DISMISS OR ALTERNATIVELY
MOTION FOR A MORE DEFINITE STATEMENT**

COMES NOW Defendants, CHRISTIAN COUNTY SHERIFF'S OFFICE and CHRISTIAN COUNTY JAIL, by and through their attorneys, Becker, Paulson, Hoerner & Thompson, P.C., and pursuant to Federal Rule of Civil Procedure Rule 12(b)(2) move to dismiss this action or alternatively move for a more definite statement pursuant to Federal Rule of Civil Procedure Rule 12(e), and in support thereof, state as follows:

1. This Court has no jurisdiction over the above-captioned defendants because the Plaintiff failed to make allegations to bring the defendants within the court's jurisdiction in the Plaintiff's Complaint.

2. Plaintiff has failed to exhaust his administrative remedies.

3. Plaintiff has failed to comply with the requirements of his pro se complaint in that the statement of the claim is not written in separate numbered paragraphs and no defendants are listed under the jurisdiction section of the complaint and therefore the complaint is unanswerable in its present form.

4. That Christian County Jail and Christian County Sheriff's Office are not legal entities subject to suit.

5. A memorandum of law is attached and incorporated hereto.

WHEREFORE, Defendant respectfully requests this Court to dismiss Plaintiff's Complaint for the foregoing reasons or for this Court to order the Plaintiff to offer a more definite statement and order such other relief as this Court deems just and proper.

BECKER, PAULSON, HOERNER & THOMPSON, P.C.

s/ Alvin C. Paulson   #6193202
5111 West Main Street
Belleville, IL 62226
(618) 235-0020

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, I electronically filed Defendants' Motion to Dismiss or Alternatively Motion for a More Definite Statement with the Clerk of the Court using the CM/ECF system and by U.S. Mail to the following non-registered participants:

Michael P. Neece
Sangamon County Jail
#1 Sheriff's Plaza
Springfield, IL 62701

Respectfully submitted,

s/ Alvin C. Paulson
Alvin C. Paulson
BECKER, PAULSON, HOERNER
 & THOMPSON, P.C.
5111 West Main Street
Belleville, IL 62226
(618) 235-0020
fax – (618) 235-8558
ARDC #6193202