E-FILED
Wednesday, 03 August, 2005 03:01:29 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 0 2 2005
JOHN M. WATERS, C[lerk]
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Address change.

Request stay on Neece et Al pending outcome of Post conviction writs of Habeas Corpus all the way to ~~appeals process~~.

New address P.O. Box 5000
Pekin, Ill. 61555

Thank you,

Michael Neece
#12902-026