05-3095

E-FILED
Monday, 22 August, 2005 01:29:50 PM
Clerk, U.S. District Court, ILCD

AUG 1 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Request a motion for a stay on Neece vs. Christian County sheriffs office, et al. Plaintiff does not have access to civil law AND does not have resources to Answer Interrogatories sent to Plaintiff from Defendants Attorneys.

Further request a motion for court Appointed counsel.

Thank you,

Michael P. Neece