IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| MICHAEL P. NEECE, )<br>)<br>Plaintiff, )<br>)<br>-vs.- )<br>)<br>CHRISTIAN COUNTY SHERIFF'S OFFICE )<br>and CHRISTIAN COUNTY JAIL, )<br>)<br>Defendants. ) | No. 05-3095 |

## **MOTION TO COMPEL**

Comes now the Defendants, CHRISTIAN COUNTY SHERIFF'S OFFICE and CHRISTIAN COUNTY JAIL, by and through their attorneys, BECKER, PAULSON, HOERNER & THOMPSON, P.C., and for their Motion to Compel Plaintiff's Response to Defendants' First Set of Interrogatories and compliance with Defendants' First Request for Production, states as follows:

1.  That on August 5, 2005, Defendants mailed to Plaintiff, MICHAEL NEECE, Defendants' First Set of Interrogatories and First Request for Production.

2.  That more than thirty (30) days have elapsed since the service of said Interrogatories and Request for Production upon Plaintiff, MICHAEL NEECE.

3.  That on September 14, 2005, in compliance with Fed. R. Civ. P. 37(a)(2)(A), Defendants forwarded a letter to Plaintiff notifying Plaintiff of the tardiness of his responses and allowing Plaintiff an additional two weeks in which to respond.  Plaintiff was also advised to contact Defendants' attorney if for any plausible reason Plaintiff was unable to comply with Defendants' requests.

4.  That Plaintiff, as of the date of this filing, has failed to respond to Defendants' discovery requests, and has not contacted Defendants or their attorney to request an extension of time or explain his failure to comply.

WHEREFORE, Defendants, CHRISTIAN COUNTY SHERIFF'S OFFICE and CHRISTIAN COUNTY JAIL, pray this Court enter an Order compelling Plaintiff to comply with the discovery requests of Defendants within fourteen (14) days.

BECKER, PAULSON, HOERNER & THOMPSON, P.C.

s/ Alvin C. Paulson    #6193202
5111 West Main Street
Belleville, IL 62226
(618) 235-0020

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2005, I electronically filed Defendants' Motion to Compel with the Clerk of the Court using the CM/ECF system and by U.S. Mail to the following non-registered participants:

Mr. Michael P. Neece
12402-026
Pekin Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

Respectfully submitted,

s/ Alvin C. Paulson
Alvin C. Paulson
BECKER, PAULSON, HOERNER
 & THOMPSON, P.C.
5111 West Main Street
Belleville, IL 62226
(618) 235-0020
fax – (618) 235-8558
ARDC #6193202