FILED
E-FILED
Monday, 24 October, 2005 04:10:40 PM
Clerk, U.S. District Court, ILCD
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge,

Concerning case # No. 05-3095,
due to the fact that I cannot
answer Interrogatories, the defendants
obstruction of Justice (disposing of my
grievences) and lack of knowledge
of Civil Law I ask that you
dismiss this case without prejudice.

Sincerely,

Michael Neice #12402-026
P.O. Box 5000
Pekin, Il. 61555