UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHAEL P. NEECE,

    Plaintiff,

v.                                                   05-3095

CHRISTIAN COUNTY SHERIFF'S OFFICE
et al.,

    Defendants.

### Order

    The plaintiff has filed a motion to dismiss his case (d/e 16), which the court construes as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) allows a plaintiff to dismiss an action without court order by filing a notice any time before the defendants file an answer or summary judgment motion. The defendants have not filed an answer or summary judgment motion, so the plaintiff may dismiss his case under Rule 41(a)(1).[1]

    IT IS THEREFORE ORDERED that this case is voluntarily dismissed, without prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All pending motions are denied as moot (d/e's 11, 15, 16), parties to bear their own costs. This case is closed.

    Entered this 31st Day of January, 2006.

                                                          s\Harold A. Baker

                                                          HAROLD A. BAKER
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the plaintiff did not file a certificate of service, so defendants may not be aware of his motion. However, even if the defendants did receive notice, they could not oppose voluntary dismissal under 41(a)(1).